[No. 47223-2-I.   Division One.   November 13, 2001.]

*In the Matter of the Marriage of* DESIRE CHANDELLE DUVALL-WILSON, *Respondent,* and BRIAN RAYMOND WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-3-00516-3, Michael F. Moynihan, J., entered August 11, 2000. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 47395-6-I.   Division One.   November 13, 2001.]

AGHA KHAN, *Appellant,* v. EASY SYSTEMS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-08274-5, R. Joseph Wesley, J., entered September 15, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Webster, J.

[No. 47569-0-I.   Division One.   November 13, 2001.]

THE CITY OF SHORELINE, *Respondent,* v. CLUB FOR FREE SPEECH RIGHTS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-19459-4, Michael J. Fox, J., entered October 18, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Baker, J. Now published at 109 Wn. App. 696.

[No. 47631-9-I.   Division One.   November 13, 2001.]

RUDOLPH GABRIEL, ET AL., *Appellants,* v. MARK MASCARINAS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-07443-3, Donald D. Haley, J., entered September 8, 2000. *Reversed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Kennedy, J.